IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Nancy Silverwood,**

    Plaintiff,                           Case No. **3:08CV2257**

vs.

                                             **JUDGMENT IN A CIVIL CASE**

**Commissioner of Social Security,**

    Defendant.

**Decision by Court.** This action came before the Court and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Commissioner's decision is affirmed.

                                                        IT IS SO ORDERED.

                                                s/ Vernelis K. Armstrong
                                                United States Magistrate Judge

| | |
|---|---|
| October 29, 2009 | Geri M. Smith, Clerk of Court |
| Date | Clerk |
| | s/ Pamela A. Armstrong |
| | (By) Deputy Clerk |